*Thursday, September 22, 1994*

## MOTION DOCKET

**94–412.** Buchman v. Wayne Trace Local School Dist. Bd. of Edn. *Paulding County*, No. 11–92–11. On motion to vary time for oral argument and decide case on briefs. Motion denied.

## DISCIPLINARY DOCKET

**93–391.** Crawford Cty. Bar Assn. v. Nicholson. On motion for release from probation. *Sua sponte,* Disciplinary Counsel is substituted for the now-defunct Crawford County Bar Association and directed to file a report with the court.

PFEIFER, J., not participating.